UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No. 4:12-cr-9 |
| vs. | ) | |
| | ) | |
| JOHN KEITH MAYS | ) | MATTICE/CARTER |

MEMORANDUM AND ORDER

The defendant appeared for a hearing before the undersigned on April 30, 2012, in accordance with Rule 46(c) of the Federal Rules of Criminal Procedure and 18 U.S.C. §§ 3143 and 3148 on the Petition for Action on Conditions of Pretrial Release. Those present for the hearing included:

(1) AUSA Gregg Sullivan for the USA.
(2) The defendant, John Keith Mays.
(3) Attorney John McDougal for defendant.
(4) U.S. Probation Officer Christa Heath.
(5) Deputy Clerk Kelli Jones.

After being sworn in due form of law the defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

AUSA Gregg Sullivan called U.S. Probation Officer Christa Heath, who testified that the defendant violated his conditions of release by absconding from supervision and providing this Court with an unknown home address. Based on the defendant's violations, I conclude the defendant is a risk of flight. Therefore, the defendant must be DETAINED without bond.

SO ORDERED.

ENTER.

S/William B. Mitchell Carter
UNITED STATES MAGISTRATE JUDGE